**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **AMMON RA SUMRALL,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **Case No. 5:26-cv-89-MTT-CHW** |
| | : | |
| **Warden CHARLES MIMS,** | : | |
| ***et al.*,** | : | |
| | : | **Proceedings Under 42 U.S.C. § 1983** |
| **Defendants.** | : | **Before the U.S. Magistrate Judge** |
| | : | |

**ORDER**

*Pro se* Plaintiff Sumrall filed this lawsuit pursuant 42 U.S.C. § 1983 against several prison officials. (Doc. 1). The case was screened pursuant to 28 U.S.C. §§ 1915A & 1915(e), and that recommendation remains pending. (Doc. 10). Plaintiff then filed several post-recommendation orders, which are not the subject of this order. *See* (Docs. 23, 25, 26). Following service, several Defendants answered Plaintiff's complaint (Doc. 29), while Defendant Crawford filed a pre-answer motion to dismiss. (Doc. 31). The Court provided notice of Defendant Crawford's motion to Plaintiff and set a deadline for his response (Doc. 33), but Plaintiff states that he has not received the motion and now seeks an extension of time to respond. (Doc. 35). He also asks that the Court waive any requirement that he serve copies of any future filings on Defendants. (Doc. 36). In addition to filing an objection to the pending report and recommendation (Doc. 13), Plaintiff has also filed a motion for leave to file a supplemental complaint. (Doc. 26).

In an effort to streamline this case, Plaintiff's motion for extension of time to respond (Doc. 35) is **GRANTED**. Plaintiff's response to Defendant Crawford's motion to dismiss will

be due 30 days following the entry of the Order regarding the recommendation. Because Defendant's Crawford's certificate of service makes it unclear to what address Plaintiff's service copy was mailed (*see* Doc. 31-1, p. 18)), Defendant Crawford's counsel is **DIRECTED** to resend a copy of the motion to dismiss to Plaintiff within 7 days of this order. Counsel should file a certificate of service to reflect compliance with this Order.

As to Plaintiff's request that he be relieved from mailing separate service copies to Defendants (Doc. 36), such request is **DENIED**. The case is presently in the discovery period, and discovery is not filed with the Court. *See* (Doc. 10, p. 24-26). Thus, service via the Court's filing system will not suffice. Once the discovery period closes, Plaintiff may renew his motion.

**SO ORDERED AND DIRECTED**, this 30th day of September, 2026.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge