**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **AMMON RA SUMRALL,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**Warden CHARLES MIMS, et al.,**<br><br>**Defendants.** | ) | **CIVIL ACTION NO. 5:26-cv-89 (MTT)** |

**ORDER**

On April 7, 2026, United States Magistrate Judge Charles H. Weigle recommended denying Plaintiff Ammon Ra Sumrall's motion for a preliminary injunction (ECF 3). ECF 5. After screening Sumrall's complaint pursuant to 28 U.S.C. § 1915A, the Magistrate Judge recommended dismissal of all claims against Defendants Warden Gregory Sampson and Chief Counselor Mrs. Walker. ECF 10 at 12–22. The Magistrate Judge also recommended dismissal of Sumrall's First Amendment claims against the Georgia Department of Corrections and Sumrall's retaliation claims against all remaining Defendants. *Id.* at 14–22. On August 11, 2026, Sumrall moved for leave to file a supplemental complaint. ECF 26.

Because Sumrall may amend as a matter of right, Sumrall's motion for leave to file a supplemental complaint (ECF 26) is **DENIED** as moot. Sumrall's proposed supplemental complaint (ECF 26-1) will be construed as an amended complaint, to be considered in addition to his initial complaint (ECF 1). The Clerk is **DIRECTED** to file

Exhibit One (ECF 26-1) as Sumrall's amended complaint. Accordingly, the Magistrate Judge is **DIRECTED** to screen Sumrall's amended complaint.

**SO ORDERED**, this 30th day of September, 2026.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT